**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-3320
(973) 243-8600
Joshua H. Raymond
Special Bankruptcy Counsel for the City of Linden

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| RAYMOND L. HAYES, | Case No. 16-28043 (VFP) |
| Debtor. | **Hearing Date: June 1, 2017**<br>**Hearing Time: 11:00 a.m.** |

ORDER AUTHORIZING THE
CITY OF LINDEN TO SELL TAX SALE CERTIFICATE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

Debtor: Raymond L. Hayes
Case No.: 16-28043 (VFP)
Caption of Order: Order Authorizing the City of Linden to Sell Tax Sale Certificate

---

**THIS MATTER** having been opened to the Court by the City of Linden (the "City"), by and through its counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Notice of Motion authorizing the City to conduct a tax sale, and the Court having considered the moving papers, and the Court having considered any opposition or response, and for good cause shown; it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 362(d), the automatic stay provisions are hereby lifted with regard to the City so that it may conduct a sale of its tax certificates with regard to certain real property located at 906 East Baltimore Avenue, Linden, New Jersey 07036, (the "Property") relating to and arising out of, any outstanding municipal charges due and owing to the City in the total amount of $577.08 with interest and fees through June 9, 2017.

4843-2378-3495, v. 1